IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12cr282(RWR) |
| | ) | **UNDER SEAL** |
| GIVON CRUMP | ) | |
| Defendant | ) | |

## DEFENDANT'S RESPONSE TO THE GOVERNMENT'S 5K1.1 MOTION

The United States, through its attorney, Anthony Saler, informed counsel for the defendant that it would recommend a sentence of five (5) days of incarceration based upon the defendant's cooperation in this matter. The defendant seeks a sentence of probation. In support of this request, the defendant offers the following:

### Background

The defendant adopts the government's position regarding the factual information concerning the events that led to the defendant's arrest and conviction as well as his cooperation in this matter.

### Basis for Departure

While cooperating with the government, the defendant provided complete and truthful information concerning his role in the crimes charged. In addition, he provided extremely important and substantial information concerning criminal acts committed by others. This information led to the successful prosecution of several individuals directly associated with the defendant.

The defendant's decision to cooperate with law enforcement placed the defendant at risk of

possible retaliation. These individuals were directly involved with the defendant in the crimes charged. They knew where he lived and were aware of many of his friends as well as family members. As such, for many, the decision to provide information against others is extremely difficult due to the risk of retaliation. This risk is not limited to the individual cooperator. In many instances, individuals believe strongly that their family members are also subject to retaliation. This was true for the defendant. As such, the perceived risk of retaliation to the defendant's family was real.

## Conclusion

The information provided by the defendant assisted the government tremendously. His information was supported by facts and not mere speculation. By providing the information he did in a timely manner, he spared the government the enormous expense of having to prepare for trial. Most importantly, by providing information in this case, the defendant demonstrated his truthfulness and willingness to accept responsibility. He cooperated fully despite knowing that it could potentially put those he loved at risk of being harmed. Accordingly, his cooperation warrants a sentence of probation.
.

        Respectfully submitted
        GIVON CRUMP

        /s/
        _____
        Dwight E. Crawley, Esq.
        DC BAR #472672
        Attorney for GIVON CRUMP
        Law Office of Dwight E. Crawley
        601 Pennsylvania Ave., NW
        South Building-Suite 900
        Washington, DC 20004
        (202) 580-9794 Phone
        (202) 722-0246 Fax
        vadclawyer@gmail.com

CERTIFICATE OF SERVICE

I certify that on this 7th day of August, 2014, a true and exact copy of the foregoing motion was emailed to the following:

Anthony Saler
DC Bar # 448254
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Phone: (202) 252-6971
Email: Anthony.Saler@usdoj.gov

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for GIVON CRUMP
Law Office of Dwight E. Crawley
601 Pennsylvania Ave., NW
South Building-Suite 900
Washington, DC 20004
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com